THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM VOGEL, Appellant.

(Argued March 6, 1934; decided April 27, 1934.)

*Edward V. Loughlin, Edward W. McDonald* and *Alfred Norick* for appellant.

*William Copeland Dodge,* District Attorney (*Felix C. Benvenga* and *Philip A. Donahue* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSS CACCAMISE, Appellant.

(Argued March 12, 1934; decided April 27, 1934.)

*Charles B. Bechtold* for appellant.

*Ray F. Fowler, District Attorney* (*Carlyle B. Newcomb* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.